UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 2 5 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

|  |  |
|---|---|
| Antonio Colbert, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | )     Civil Action No.     **10 1436** |
|  | ) |
| Pre-Paid Legal Incorporated, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1950 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

(N)

2

Plaintiff, a District of Columbia resident, sues a pre-paid legal service in Ada, Oklahoma, for $7 million in damages. He lists defendant's address as a post office box. Plaintiff accuses defendant of having "misrepresented" him "several times" and of having "bogously [sic] terminated our contract." Compl. at 2. The vague accusations fail to provide adequate notice of a claim. In addition, plaintiff has not provided a suitable address for serving the defendant with process, which is the responsibility of the court officers in *in forma pauperis* proceedings. *See* 28 U.S.C. 1915(d). A separate Order of dismissal accompanies this Memorandum Opinion.

_____
United States District Judge

Date: August 16, 2010